IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| ALLAN R. LEE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO: CV205-154 |
| vs. | * | |
| | * | |
| DON KICKLIGHTER and EARL CALLAWAY, Individually and in their capacities as WAYNE COUNTY SHERIFF'S DEPUTIES, | * | |
| | * | |
| Defendants. | * | |

## ORDER GRANTING SUMMARY JUDGMENT TO DEFENDANTS DON KICKLIGHTER and EARL CALLAWAY

Defendants Don Kicklighter and Earl Callaway, individually and in their official capacities as Wayne County Sheriff's Deputies, having moved this Court for summary judgment and it appearing that there is no opposition to said motion and it further appearing that the record in this case supports the grant of said motion;

IT IS HEREBY ORDERED that the motion for summary judgment of Defendants Don Kicklighter and Earl Callaway, individually and in their official capacities as Wayne County Sheriff's Deputies, is hereby GRANTED.

SO ORDERED this 24 day of August, 2006.

_____
Anthony A. Alaimo, Judge,
United States District Court, Southern District of Georgia

I:\Pthrelkeld\Lee v. Kicklighter, Callaway\order-granting-summary-judgment.wpd