U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office

_3:20_ M.
_8/24_ 20_06_

Deputy Clerk

AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ALLAN R. LEE

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV205-154

DON KICKLIGHTER AND EARL
CALLAWAY, Individually and in their capacities
as WAYNE COUNTY SHERIFF'S DEPUTIES

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered August 24, 2006, granting Defendants' motion for summary judgment as unopposed; judgment is hereby entered granting Defendants DON KICKLIGHTER, EARL CALLAWAY, Individually and in their capacities as WAYNE COUNTY SHERIFF'S DEPUTIES' motion for summary judgment and this case stands dismissed.

August 24, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03